IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REX ALVIN DREW,

      Petitioner,         ORDER

v.

                    14-cv-565-wmc

STATE OF WISCONSIN, et al.,

      Respondents.

---

Rex Alvin Drew filed a petition for a writ of habeas corpus, seeking relief from "false imprisonment." In an order dated August 19, 2014, the court directed Drew to amend or supplement his petition with the following: (a) the name of the state officer having custody over him at the time his petition was filed; (b) the state court judgment he is challenging, including a case number and the court in which the charges against him are pending; (c) specific information about the charges pending against him and the status of those charges; (d) the specific relief being sought; and (e) a short, plain statement of all the grounds for relief available along with the facts supporting each ground. Drew was advised that if he failed to comply with this order as directed, this case would be dismissed pursuant to Fed. R. Civ. P. 41(b) without further notice.

In response to the court's order, Drew has submitted a notice and addendum, in which he refuses to comply or to provide any of the information requested. Drew's refusal to comply forces the court to conclude that he lacks the requisite due diligence and is grounds for dismissal. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the petition will be dismissed. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (stating that "[t]he failure to comply with an

1

order of the court is grounds for dismissal with prejudice").

ORDER

IT IS ORDERED that:

1. The petition filed by Rex Alvin Drew is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for failure to comply with court orders.

2. No certificate of appealability will issue from this decision.

Entered this 8th day of September, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge