IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REX ALVIN DREW,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                                   14-cv-565-wmc

STATE OF WISCONSIN,
SAUK COUNTY, i.e. SHERIFF CHIP
MEISTERS and JOHN/JANE DOES,

    Respondents.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Rex Alvin Drew pursuant to Fed. R. Civ. P 41(b) for failure to comply with court orders.

    /s/                                                          9/8/2014

Peter Oppeneer, Clerk of Court                      Date